## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Scott Fetterolf and Theresa E. Fetterolf | : | |
| | : | |
| v. | : | No. 599 C.D. 2020 |
| | : | |
| Zoning Hearing Board of the Borough of Sewickley Heights | : | |
| | : | |
| v. | : | |
| | : | |
| Borough of Sewickley Heights | : | |
| | : | |
| Appeal of: Borough of Sewickley Heights | : | |
| | : | |
| Scott Fetterolf and Theresa E. Fetterolf, Appellants | : | |
| | : | |
| v. | : | No. 666 C.D. 2020 |
| | : | |
| Zoning Hearing Board of the Borough of Sewickley Heights | : | |
| | : | |
| v. | : | **CASES CONSOLIDATED** |
| | : | |
| Borough of Sewickley Heights | : | |

**PER CURIAM**                                   **O R D E R**

NOW, April 23, 2021, having considered Designated Appellees' application for reargument and Designated Appellant Sewickley Heights' answer in response thereto, the application is denied.